UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------X
Angela Perez,

                Plaintiff,

                              CV 10-2480(RJD)

-against-

                              **ORDER**

Commissioner of Social Security,

                Defendant.
------------------------------------X

DEARIE, Chief District Judge.

Plaintiff initiated this action by filing a complaint on **May 25, 2010.** The parties are directed to adhere to the revised policy of the Board of Judges for docketing and calendaring Social Security cases and expediting their disposition as announced in Administrative Order 2008-5 as follows:

1) defendant will obtain and serve upon plaintiff the administrative record of the proceedings, along with its answer, within ninety(90) days of commencement of the action, and in any event by **November 8, 2010;**

2) unless otherwise directed by a District Judge or Magistrate Judge, defendant will move for judgment on the pleadings within the next sixty(60) days, and in any event by **January 10, 2011,** by service of motion papers upon plaintiff;

3) plaintiff's response papers will be served upon defendant within thirty(30) days thereafter, and in any event, by **February 10, 2011;**

4) upon receipt of plaintiff's papers, defendant will then file the

entire set of motion papers and the administrative record with the Court.

The motion will be decided on the submissions.

The plaintiff's **in forma pauperis** application is **granted** and the Clerk of the Court is directed to forward to the United States Marshal's Office for the Eastern District of New York copies of plaintiff's summons and complaint. The Marshal is directed to serve the summons and complaint upon the defendant(s) without prepayment of fees.

SO ORDERED.


Dated: Brooklyn, New York
       August 6, 2010

/S/
_____
RAYMOND J. DEARIE
Chief United States District Judge